## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| vs. | : | |
| KURT MORAN | : | 3:CR-20-228 |

### ENTRY OF APPEARANCE

**TO THE CLERK OF THE DISTRICT COURT:**

KINDLY enter my appearance on behalf of the Defendant, KURT MORAN, in the above-captioned matter.

                                               s/ BRIAN J. MCMONAGLE
                                               BRIAN J. MCMONAGLE, ESQUIRE
                                               1845 Walnut Street, 19th Floor
                                               Philadelphia, Pa. 19103
                                               215-981-0999

**Dated:  September 22, 2020**