# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **3:20-CR-00228-RDM** |
| **v.** | : | |
| | : | |
| **KURT MORAN** | : | |

## O R D E R

AND NOW, TO WIT, this       day of       2021, it is hereby

ORDERED and DECREED that the Defendant's Motion to Continue Trial is granted.

**BY THE COURT:**


_____
                                                                                        **J.**

## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | 3:20-CR-00228-RDM |
| v. : | |
| : | |
| **KURT MORAN** : | |

## DEFENDANT'S MOTION TO CONTINUE TRIAL

Defendant, KURT MORAN, by his attorneys, BRIAN J. MCMONAGLE, and ROBERT LEVANT. petitions this Honorable Court to continue his trial and states in support thereof the following:

1. After granting a joint application for complex case designation, this Court set a trial date for June 7, 2021.

2. Presently, trial counsel is scheduled to commence trial in the Eastern District of Pennsylvania in United States v. Avrom Brown, et al, before the Honorable Gene E. K. Pratter, which involves multiple defendants some of whom are in custody, and which was rescheduled due to the Court closures in the spring of 2020. The government estimates that the trial in that case could last for 6-8 weeks.

3. After consulting with Assistant United States Attorney Michelle Olshefski, we respectfully request that the Court reschedule this case for a date in September of 2021, which will give all parties sufficient time to prepare for trial. The instant case involves extensive discovery and the defendant will be seeking the aid of expert witnesses to review this discovery and prepare for trial.

4. That all parties consent to the continuance request.

WHEREFORE, we respectfully request that a new trial date be assigned that is acceptable to the Court and the Government.

**Respectfully submitted,**

**s/BRIAN J. MCMONAGLE**
**BRIAN J. MCMONAGLE, ESQUIRE**
**1845 Walnut Street**
**19th Floor**
**Philadelphia, PA 19103**
**(215) 981-0999**
**Fax (215) 981-0977**
**bmcmonagle@mpmpc.com**

*Attorney for Defendant Kurt Moran*

# CERTIFICATE OF SERVICE

BRIAN J. MCMONAGLE, Esquire hereby certifies that a true and correct copy of the within Motion to Continue Trial has been served electronically filed.

> s/ BRIAN J. MCMONAGLE
> **BRIAN J. MCMONAGLE, Esquire**
> **Attorney for defendant**
> **1845 Walnut Street**
> **Philadelphia, PA 19103**
> **(215) 981-0999**

**DATED: January 11, 2021**