UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    3:20-CR-00228 |
| vs. | : |
| | :    (Judge Mariani) |
| KURT MORAN, | : |
| | : |
| Defendant | : |

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the Joint Motion for a Continuance of Trial, the Court hereby finds that a continuance outweighs the best interests of the public and the Defendant in a speedy trial. Accordingly it is hereby ordered as follows:

1. Trial in this matter is hereby continued;

2. Trial is scheduled to commence with the selection of the jury on _____, 20___; at _____ .m. and a Pretrial Conference is scheduled on _____, 20___;

3. The period of time from the signing of this Order to the rescheduled date of trial shall be excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A).

                                                               _____
                                                               ROBERT D. MARIANI
                                                               UNITED STATES DISTRICT JUDGE