IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 3:CR-20-228 |
| VS. | : | (JUDGE MARIANI) |
| | : | |
| KURT MORAN | : | |
| | : | |

### ORDER

**NOW, THIS 24TH DAY OF SEPTEMBER, 2021, IT IS HEREBY ORDERED THAT** a change of plea hearing in the above captioned case will be held on **FRIDAY, OCTOBER 1, 2021 at 12:00 p.m.** in the William J. Nealon Federal Building and U.S. Courthouse, 235 N. Washington Avenue, Scranton, PA. The change of plea hearing will be held in a courtroom to be designated by the Clerk of Court. Counsel can obtain information on courtroom assignments by contacting the Clerk's office the Friday before the scheduled appearance.

Robert D. Mariani
United States District Judge