# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | 3:20-CR-00228-RDM |
| v. | : | |
| | : | |
| **KURT MORAN** | : | |

## O R D E R

AND NOW, TO WIT, this _____ day of _____ 2021, it is hereby

ORDERED and DECREED that the Defendant's Motion to postpone the change of plea hearing.

**BY THE COURT:**

_____

J.

**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | 3:20-CR-00228-RDM |
| **v.** : | |
| : | |
| **KURT MORAN** : | |

## **DEFENDANT'S MOTION TO POSTPONE CHANGE OF PLEA HEARING**

Defendant, KURT MORAN, by his attorneys, BRIAN J. MCMONAGLE, and ROBERT LEVANT, petition this Honorable Court to continue postpone his change of plea hearing and states in support thereof the following:

1. The defendant is scheduled for a change of plea hearing for October 1, 2021.

2. Defendant respectfully requests a postponement of his change of plea hearing and will report to the Court and the Government withing 14 days of the status of the Change of Plea.

3. That all parties consent to the postponement request.

WHEREFORE, we respectfully request that the Court postpone the Change of Plea Hearing.

                                          **Respectfully submitted,**

                                          <u>**s/BRIAN J. MCMONAGLE**</u>
                                          **BRIAN J. MCMONAGLE, ESQUIRE**
                                          **1845 Walnut Street**
                                          **19th Floor**
                                          **Philadelphia, PA 19103**
                                          **(215) 981-0999**
                                          **Fax (215) 981-0977**
                                          **bmcmonagle@mpmpc.com**

                                          *Attorney for Defendant Kurt Moran*

**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | NO. 3:CR-20-228 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | |
| **KURT MORAN** | : | Filed Electronically |

## CERTIFICATE OF CONCURRENCE

Brian J. McMonagle, Esq, hereby certifies that Michelle L. Olshefski, Assistant United States Attorney, counsel for the government, concurs in the within Motion.

.

                                          /s/ Brian J. McMonagle
                                          BRIAN J. MCMONAGLE, ESQ

September 29, 2021

## CERTIFICATE OF SERVICE

BRIAN J. MCMONAGLE, Esquire hereby certifies that a true and correct copy of the within Motion to Postpone the Change of Plea has been served on all parties by being electronically filed.

                                        **s/ BRIAN J. MCMONAGLE**
                                        **BRIAN J. MCMONAGLE, Esquire**
                                        **Attorney for defendant**
                                        **1845 Walnut Street**
                                        **Philadelphia, PA 19103**
                                        **(215) 981-0999**

**DATED: September 29, 2021**

Case 3:20-cr-00228-RDM   Document 29   Filed 09/29/21   Page 6 of 6