THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,      :

                               :      3:20-CR-228

           v.                  :      (JUDGE MARIANI)

                               :

KURT MORAN,                :

                               :

      Defendant.       :

## ORDER

**AND NOW, THIS** ___30th___ **DAY OF SEPTEMBER, 2021,** upon consideration of Defendant's Motion to Postpone Change of Plea Hearing (Doc. 29), and the Government's concurrence therein, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion (Doc. 29) is **GRANTED**. The Change of Plea hearing, presently scheduled to be held on Friday, October 1, 2021 is **CANCELLED**.

2. No later than **October 13, 2021**, Defendant's counsel shall file a letter of record setting forth "the status of the Change of Plea" (*see* Doc. 29, ¶ 2).

3. The jury trial in this matter remains scheduled to commence on Monday, December 6, 2021 (*see* Doc. 23).

_____
Robert D. Mariani
United States District Judge