# McMONAGLE PERRI
## McHUGH MISCHAK DAVIS
### TRIAL LAWYERS

*A Professional Corporation*
MPMPC.COM

Brian J. McMonagle*
Fortunato N. Perri, Jr.
Walter J. McHugh*
David B. Mischak

William M. Davis
Charles M. Gibbs*
Raymond C. Driscoll
Steven B. Patton

The Honorable Robert D. Mariani
United States District Court for
The Middle District of Pennsylvania
United States Courthouse
235 N. Washington Ave
Scranton, PA 18503

RE:  <u>U.S.A. v. Moran</u>
     No. 3:20-CR-00228-RDM

Dear Judge Mariani:

    I write on behalf of my client, Dr. Kurt Moran to inform the court as to the status of the change pf plea in this case. Dr. Moran is prepared to enter his change of plea, and we respectfully request that the Court reschedule the Change of Plea Hearing that was previously continued at our request.

    I am presently scheduled to commence trial on Monday, October 4, 2021, before Judge Schmehl in USA v. Henon, a projected six week trial in the Eastern District. In the event that your Honor wants to schedule the change of plea in October, I would be available on October 21 and October 29.

    I apologize to the Court and AUSA Olshefski for any inconvenience caused by the rescheduling of this matter.

Thank you for your consideration in this request.

Respectfully yours,

BRIAN J. MCMONAGLE

Cc: Michelle Olshefski, Assistant United States Attorney
    Robert Levant, Esquire