IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    3:CR-20-228 |
| VS. | :    (JUDGE MARIANI) |
| | : |
| KURT MORAN | : |
| | : |

## ORDER

NOW, THIS 5th DAY OF NOVEMBER, 2021, IT IS HEREBY ORDERED THAT a change of plea hearing in the above captioned case will be held on **Monday, December 6, 2021 at 10:00 a.m.** in the William J. Nealon Federal Building and U.S. Courthouse, 235 N. Washington Avenue, Scranton, PA. The change of plea hearing will be held in a courtroom to be designated by the Clerk of Court. Counsel can obtain information on courtroom assignments by contacting the Clerk's office the Friday before the scheduled appearance.

Should Defendant not enter a plea on Monday, December 6, 2021, jury trial in this matter will commence on Monday, December 13, 2021.

Robert D. Mariani
United States District Judge