## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

KURT MORAN,

Defendant.

3:20-CR-228
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 5TH DAY OF NOVEMBER, 2021,** a signed plea agreement having been filed of record (Doc. 24) and a change of plea hearing having been scheduled for December 6, 2021, the same day as trial in this matter is scheduled to commence, **IT IS HEREBY ORDERED THAT:**

1. Jury selection and trial scheduled to begin on December 6, 2021, are **RESCHEDULED** and shall now commence on **Monday, December 13, 2021, at 9:30 a.m.** in the William J. Nealon Federal Building, Scranton, Pa., in a courtroom to be designated by the Clerk of Court, should Defendant not enter a plea of guilty prior to that date.

2. The final Pretrial Conference in this matter will be held on **Wednesday, December 8, 2021, at 12:00 p.m.** in the William J. Nealon Federal Building, Scranton, Pa., in a courtroom to be designated by the Clerk of Court. Counsel for both the Government and Defendant shall attend the conference in person. The purpose of the pretrial conference is to address issues pertaining to jury selection, evidentiary

and substantive issues reasonably likely to arise during the course of trial, scheduling of witnesses, and other matters relating to the conduct of the trial. A Court Reporter shall be present for the pretrial conference.

3. The deadline for the filing of motions in limine and supporting briefs having passed (*see* Doc. 21, ¶ 3), no motions in limine may be filed absent compelling reason shown which is founded on facts or exigencies which could not have been known or reasonably anticipated prior to the expiration of the motion in limine deadline.

4. Counsel for the Government and the Defendant shall electronically file the following materials via CM/ECF no later than **Tuesday, December 7, 2021**:

    a. Trial briefs;

    b. Proposed voir dire questions;

    c. A proposed verdict form; and

    d. Proposed points for charge.

5. Before filing the proposed verdict form and proposed points for charge required by the preceding paragraph, the parties shall follow the following procedure:

    a. No later than **seven (7) days** before trial, counsel shall meet and prepare a joint statement of the law that they agree is applicable to the matters at trial, in the form of instructions to the jury. Counsel shall likewise prepare a proposed verdict form that incorporates their proposed jury instructions in a

manner that facilitates the jury's determinations of all relevant issues of fact consistent with the proposed instructions.

    b. In all cases, parties shall follow the Model Criminal Jury Instructions for District Courts of the Third Circuit. In cases where the Third Circuit has not promulgated instructions, the parties may base their instructions upon the most recent edition of (1) LEONARD SAND, JOHN SIFFERT, WALTER LOUGHLIN, STEVEN REISS & NANCY BATTERMAN, MODERN FEDERAL JURY INSTRUCTIONS, (2) KEVIN O'MALLEY, JAY GRENIG & WILLIAM LEE, FEDERAL JURY PRACTICE AND INSTRUCTIONS, and/or (3) jury instructions for the Commonwealth of Pennsylvania, in such areas where Pennsylvania law applies.

    c. Only when the publications listed above do not provide sufficient guidance to the law at issue may the instructions of other Circuit Courts and/or relevant case law be used.

6. Unless otherwise ordered by the Court, the following trial schedule will be maintained: Each morning session will commence at 9:30 a.m. and end at 12:30 p.m. Each afternoon session will commence at 1:30 p.m. and end at 5:30 p.m.

7. Counsel desiring a side bar conference prior to the commencement of trial at 9:30 a.m. shall notify the Court before 9:00 a.m. Side bar conferences will be held between 9:00 and 9:30 a.m. before the jury is brought into the courtroom.

3

8. Any request to have the jury polled must be made before the Court enters judgment and excuses the jury.

9. Because the Court finds that the ends of justice will be served by continuing trial and that such a continuation outweighs the best interests of the public and the Defendant in a speedy trial, any delay occasioned by the continuance of this trial shall be excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(1) and (7).

Robert D. Mariani
United States District Judge