IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **3:CR-20-228** |
| **VS.** : | **(JUDGE MARIANI)** |
| : | |
| **KURT MORAN** : | |
| : | |

## ORDER

**NOW, THIS 22ND DAY OF NOVEMBER, 2021, IT IS HEREBY ORDERED**

**THAT** the time of the change of plea hearing currently scheduled to be held in the above captioned case on December 6, 2021 at 10:00 a.m. is **RESCHEDULED from 10:00 a.m. to 9:00 a.m.**

Robert D. Mariani
United States District Judge