**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA**

**UNITED STATES OF AMERICA**      **:**
                                  **:**      **3:20-CR-00228-RDM**
            **v.**                **:**
                                  **:**
**KURT MORAN**                    **:**

## **O R D E R**

AND NOW, TO WIT, this          day of          2022, it is hereby

ORDERED and DECREED that the Defendant's Motion to Continue Sentencing

**BY THE COURT:**


_____
                                                      **J.**

## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **3:20-CR-00228-RDM** |
| **v.** | : | |
| | : | |
| **KURT MORAN** | : | |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

Defendant, KURT MORAN, by his attorneys, BRIAN J. MCMONAGLE, and ROBERT LEVANT, petition this Honorable Court to continue his sentencing, and state in support thereof the following:

1.      The defendant is scheduled for sentencing on July 21, 2022.

2.      Defense counsel will be engaged in a homicide jury trial on that date and will be unavailable. The trial will is expected to carry into August.

3.      Counsel is available from August 29-31 and September 6 – September 15.

4.      The government does not oppose the request.

WHEREFORE, we respectfully request that the Court postpone the Sentencing Hearing.

**Respectfully submitted,**

**s/BRIAN J. MCMONAGLE**
**BRIAN J. MCMONAGLE, ESQUIRE**
**1845 Walnut Street**
**19th Floor**
**Philadelphia, PA 19103**
**(215) 981-0999**
**Fax (215) 981-0977**
 **bmcmonagle@mpmpc.com**

***Attorney for Defendant Kurt Moran***

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **NO. 3:CR-20-228** |
| | **:** | |
| **v.** | **:** | **(Judge Mariani)** |
| | **:** | |
| **KURT MORAN** | **:** | **Filed Electronically** |

## CERTIFICATE OF CONCURRENCE

Brian J. McMonagle, Esq, hereby certifies that Michelle L. Olshefski, Assistant United States Attorney, counsel for the government, concurs in the within Motion.

.

/s/ Brian J. McMonagle
BRIAN J. MCMONAGLE, ESQ

June 28, 2022

## CERTIFICATE OF SERVICE

BRIAN J. MCMONAGLE, Esquire hereby certifies that a true and correct copy of the within Motion to Continue Sentencing   has been served on all parties by being electronically filed.

**s/ BRIAN J. MCMONAGLE**
**BRIAN J. MCMONAGLE, Esquire**
**Attorney for defendant**
**1845 Walnut Street**
**Philadelphia, PA 19103**
**(215) 981-0999**

**DATED: June 28, 2022**