IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:20-CR-228 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | |
| KURT MORAN | : | (Electronically Filed) |
| | : | |

**ORDER**

AND NOW, this 5th day of July, 2022, upon consideration of the Defendant's Motion to Continue Sentencing (Doc. 46), noting the Government's concurrence therewith, IT IS HEREBY ORDERED, as follows:

1. The Defendant's Motion to Continue the Sentencing scheduled for July 21, 2022 (Doc. 46) is GRANTED.

2. Sentencing is rescheduled for WEDNESDAY, AUGUST 31, 2022 at 11:30 A.M.

Robert D. Mariani
United States District Judge