THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | :    3:20-CR-228 |
| v. | :    (JUDGE MARIANI) |
| | : |
| KURT MORAN, | : |
| | : |
| Defendant. | : |

FILED
SCRANTON

AUG 2 5 2022

PER _____
DEPUTY CLERK

### ORDER

AND NOW, THIS 25th DAY OF AUGUST, 2022, upon consideration of Defendant's Motion to Continue Sentencing (Doc. 49) and noting the Government's lack of concurrence therein (*see* Doc. 49, ¶ 2; Doc. 52), **IT IS HEREBY ORDERED THAT** Defendant's Motion (Doc. 49) is **DENIED**. Sentencing in the above-captioned case remains scheduled for **Wednesday, August 31, 2022, at 11:30 a.m**. Upon the imposition of sentence, at Defendant's counsel's request, the Court will consider the imposition of a reasonable surrender date for Defendant Moran.

_____
Robert D. Mariani
United States District Judge